# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PATSY SUE MCCAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2729

_____

March 26, 2025

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, Appellee.

PER CURIAM.

We affirm Patsy Sue McCain's judgment and sentence without prejudice to any right McCain may have to timely file a motion for postconviction relief under Florida Rule of Criminal Procedure 3.850. *See Gipson v. State*, 209 So. 3d 653 (Fla. 2d DCA 2017).

Affirmed.

KELLY, LUCAS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.